■ In the Matter of CHANELLE H., a Child Alleged to be Permanently Neglected. AIDA L., Appellant; LUTHERAN SOCIAL SERVICES OF METROPOLITAN NEW YORK, INC., Respondent. [747 NYS2d 363]

Clear and convincing evidence supports the findings that the petitioner agency made diligent efforts to strengthen respondent's relationship with the child, but that respondent failed to complete a drug rehabilitation program, and otherwise failed to plan for the child's future (*see Matter of Louis Jaybee J.*, 294 AD2d 285). A preponderance of the evidence supports the finding that the child's best interests would be served by freeing her for adoption by the foster mother (*see Matter of Star Leslie W.*, 63 NY2d 136, 147-148). Under the circumstances of this case, respondent's enrollment in a drug rehabilitation program at the time of the dispositional hearing did not warrant a suspended judgment. Concur—Nardelli, J.P., Saxe, Ellerin, Rubin and Friedman, JJ.